UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE J. CALLAGHAN,

        Plaintiff,                    Case no. 10-12499
                                                    Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed the magistrate judge's report and recommendation as well as any objections filed by the parties. After conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

                                                          s/John Corbett O'Meara
                                                          United States District Judge

Date: August 26, 2011

        I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 26, 2011, using the ECF system.

                                                          s/William Barkholz
                                                          Case Manager